IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

WILLIAM NICHOLAS WEBB, JR.,

  Plaintiff,

v.

RANDY ROYAL, Sheriff;
Cpl. STAPLETON; Lt. RYALS;
Cpl. GONZALEZ; Cpl. WILLIAMS;
Dr. PETER WROBEL; and
JIMMY SIKES, Nurse,

  Defendants.

CIVIL ACTION NO.: CV510-066

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED** for failure to state a claim upon which relief can be granted. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this 14 day of September, 2010.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)